# 09-23095

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

**CIV-LENARD**

FILED by ____ D.C.
INTAKE

OCT 14 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

| United States District Court Southern | District Of Florida |
|---|---|
| Name (under which you were convicted): Tarahrick Terry | Docket or Case No.: 113C1:08CR20194 |
| Place of Confinement: FCC COLEMAN-MEDIUM COMPLEX | Prisoner No.: 80285-004 |
| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) |
| v. Tarahrick Terry | |

MAGISTRATE JUDGE
MOTION            WHITE

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____
   Southern District of Miami,, U.S. District Court, Southern District of Miami.

   (b) Criminal docket or case number (if you know): 112C1: 08CR20194

2. (a) Date of the judgment of conviction (if you know): December 1, 2008

   (b) Date of sentencing: 12/1/08

3. Length of sentence: 15 Years Eight Months

4. Nature of crime (all counts): 21 U.S.C. § 841(b)(1)(c)

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐    (2) Guilty ☒    (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? _____

   N/A

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☐    Judge only ☒

cat/div 50/2255/MIA
Case # 09cv23095
Judge JAL    Mag PAW
Motn Ifp_____Fee pd $____
Receipt # ____

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☑
8. Did you appeal from the judgment of conviction?   Yes ☐   No ☑
9. If you did appeal, answer the following:
   (a) Name of court: _____N/A_____
   (b) Docket or case number (if you know): _____N/A_____
   (c) Result: _____N/A_____
   (d) Date of result (if you know): _____N/A_____
   (e) Citation to the case (if you know): _____N/A_____
   (f) Grounds raised: _____N/A_____

   _____
   _____
   _____
   _____
   _____

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☑
   If "Yes," answer the following:
   (1) Docket or case number (if you know): _____N/A_____
   (2) Result: _____N/A_____

   _____
   (3) Date of result (if you know): _____N/A_____
   (4) Citation to the case (if you know): _____N/A_____
   (5) Grounds raised: _____N/A_____

   _____
   _____
   _____
   _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☐   No ☑
11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _____N/A_____
        (2) Docket or case number (if you know): _____N/A_____
        (3) Date of filing (if you know): _____N/A_____

(4) Nature of the proceeding: _____N/A_____

(5) Grounds raised: _____N/A_____

_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ☐ No ☑

(7) Result: _____N/A_____

(8) Date of result (if you know): _____N/A_____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____N/A_____

(2) Docket or case number (if you know): _____N/A_____

(3) Date of filing (if you know): _____N/A_____

(4) Nature of the proceeding: _____N/A_____

(5) Grounds raised: _____N/A_____

_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ☐ No ☑

(7) Result: _____N/A_____

(8) Date of result (if you know): _____N/A_____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition: Yes ☐ No ☑

(2) Second petition: Yes ☐ No ☑

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: __Counsel was ineffective and I am a layman of the law, unskilled in the law.__

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

GROUND ONE: __Counsel was ineffective for not filing a Notice of Appeal upon the petitioner's request to do so.__

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
__Counsel was ineffective for not filing a Notice of Appeal upon the petitioner's request to do so, on the day of sentencing and several days thereafter. Petitioner has a constitutional right to appeal a unconstitutional and improper sentence and involuntary plea that is in violation of the laws and statutes of the United States Constitution.__

(b) Direct Appeal of Ground One:
(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☑

(2) If you did not raise this issue in your direct appeal, explain why: __N/A__

(c) Post-Conviction Proceedings:
(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☑

(2) If your answer to Question (c)(1) is "Yes," state:
Type of motion or petition: __N/A__
Name and location of the court where the motion or petition was filed: __N/A__

Page 6

Docket or case number (if you know): ____N/A_____

Date of the court's decision: _____N/A_____

Result (attach a copy of the court's opinion or order, if available): _____
_____N/A_____


(3) Did you receive a hearing on your motion, petition, or application?

    Yes ☐   No ☑

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ☐   No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐   No ☑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____
_____N/A_____

Docket or case number (if you know): ____N/A_____

Date of the court's decision: _____N/A_____

Result (attach a copy of the court's opinion or order, if available): _____
_____N/A_____


(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____N/A_____

_____
_____
_____
_____


GROUND TWO: __Counsel was ineffective fro allowing the government to__
__use improper state priors against the petitioner for ehancement__
__purposes.__

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

    __Counsel was ineffective for allowing the government to use__
__improper States of Florida enhancements against the petitioner__
__unconstitutionally.__

_____

(b) Direct Appeal of Ground Two:

   (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐  No ☑

   (2) If you did not raise this issue in your direct appeal, explain why: _____
                        N/A

(c) Post-Conviction Proceedings:

   (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐  No ☑

   (2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition: _____N/A_____

   Name and location of the court where the motion or petition was filed: _____
                        N/A

   Docket or case number (if you know): _____N/A_____

   Date of the court's decision: _____N/A_____

   Result (attach a copy of the court's opinion or order, if available): _____
                        N/A

   (3) Did you receive a hearing on your motion, petition, or application?
      Yes ☐  No ☑

   (4) Did you appeal from the denial of your motion, petition, or application?
      Yes ☐  No ☑

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
      Yes ☐  No ☑

   (6) If your answer to Question (c)(4) is "Yes," state:

   Name and location of the court where the appeal was filed: _____
                        N/A

   Docket or case number (if you know): _____N/A_____

   Date of the court's decision: _____N/A_____

   Result (attach a copy of the court's opinion or order, if available): _____
                        N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____
N/A

GROUND THREE: Counsel was ineffective for not requesting a laboratory chemist to testify as to the real contents of the drug, if it was crack or not.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Counsel was ineffective for not requesting a laboratory report to verify as to whether or not the the drug was or was not in fact crack, salt or sugar.

(b) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☑

(2) If you did not raise this issue in your direct appeal, explain why: _____
N/A

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ___N/A___

Name and location of the court where the motion or petition was filed: _____
N/A

Docket or case number (if you know): ___N/A___

Date of the court's decision: ___N/A___

Result (attach a copy of the court's opinion or order, if available): _____
_____ N/A _____
_____

(3) Did you receive a hearing on your motion, petition, or application?
   Yes ☐   No ☑

(4) Did you appeal from the denial of your motion, petition, or application?
   Yes ☐   No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
   Yes ☐   No ☑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____
_____ N/A _____

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): _____
_____ N/A _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____ N/A _____
_____
_____
_____
_____

GROUND FOUR: Counsel was ineffective for not arguing against the gun enhancement along with the other improper enhancements.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Counsel was ineffective for not arguing the gun enhancement and other improper enhancements against the petitioner that were in violation of his Fifth and Sixth Amendment Rights.

_____

(b) Direct Appeal of Ground Four:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____ N/A _____

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____ N/A _____

Name and location of the court where the motion or petition was filed: _____

_____ N/A _____

Docket or case number (if you know): \_\_\_\_\_ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): _____

_____ N/A _____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____ N/A _____

Docket or case number (if you know): \_\_\_\_\_ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): _____

_____ N/A _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____
_____ N/A _____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____ N/A _____

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?    Yes ☐    No ☑

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____ N/A _____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing: __Howard J. Schumacher, address Unknown__

    (b) At arraignment and plea: _____Same_____

    (c) At trial: _____Same_____

    (d) At sentencing: _____Same_____

Page 12

(e) On appeal: _____Same_____

_____

(f) In any post-conviction proceeding: _____**pro-se**_____

_____

(g) On appeal from any ruling against you in a post-conviction proceeding:_____

_____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?     Yes ❑ No ☑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     Yes ❑ No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____N/A_____

_____

(b) Give the date the other sentence was imposed: _____**N/A**_____

(c) Give the length of the other sentence: _____N/A_____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ❑   No ☑

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

N/A

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
  A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
    (1) the date on which the judgment of conviction became final;
    (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
    (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
    (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: <u>Evidentiary     hearing,  resentencing and / or a remand.</u>

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on 10-08-09 _____ (month, date, year).

Executed (signed) on 10-08-09 (date).

*[signature]*
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _____

_____

_____

IN FORMA PAUPERIS DECLARATION
_____

[Insert appropriate court]

\* \* \* \* \*